Dismissed and Opinion filed June 19, 2003









Dismissed and Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00287-CV

____________

 

JAMES
ROBERT GARTMAN, Appellant

 

V.

 

FOLEY=S
DEPARTMENT STORES DOWNTOWN, Appellee

 



 

On
Appeal from the 11th District Court

Harris
County, Texas

Trial
Court Cause No. 02-59304

 



 

M
E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on March 1, 2003; however,
the notice of appeal does not mention a judgment or order from which appeal is
taken.  The clerk=s record contains no appealable judgment or order.  On April 17, 2003, the Harris County District
Clerk=s Office advised this court that no
judgment had been signed in this cause.

Under Texas procedure appeals may be had only from final
orders or judgments.  Jack B. Anglin Co., Inc. v. Tipps, 842 S.W.2d 266, 272
(Tex. 1992).  A final
judgment is one which disposes of all legal issues between all parties.  Id. 








On May 23, 2003, notification was transmitted to all parties
of the Court=s intent to dismiss the appeal for
want of jurisdiction.  See Tex. R. App. P. 42.3(a).  Appellant filed no response. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed June 19, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.